# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gershon , Nina | EDNY | 05/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | -salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 02/19/2011 to 02/26/2011 | Los Cabos, Mexico | bar and bench conference | room, board, travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IBM comon stock | A | Dividend | K | T | | | | | |
| 2.  US Govt HH Bonds | A | Interest | K | T | | | | | |
| 3.  Fidelity Magellan IRA | A | Dividend | J | T | | | | | |
| 4.  Citibank Checking | A | Interest | J | T | | | | | |
| 5.  Chase CD (IRA) | A | Interest | J | T | | | | | |
| 6.  MorganStanley Active (Liquid) Assets | A | Dividend | J | T | | | | | |
| 7.  Chase Money Market | A | Interest | J | T | | | | | |
| 8.  Kaufmann Fund | B | Dividend | L | T | | | | | |
| 9.  Deferred Comp | | None | N | T | | | | | |
| 10. NY Money Trust (MS) | A | Dividend | J | T | | | | | |
| 11. Vanguard 500 (IRA) | B | Dividend | M | T | | | | | |
| 12. Cattaraugus Impt Bond | B | Interest | | | Redeemed | 09/15/11 | K | | |
| 13. Albany Co B Bond | B | Interest | K | T | | | | | |
| 14. Fid Int. Govt Fund (IRA) | A | Interest | K | T | | | | | |
| 15. Dreyfus US Int.Fund | A | Interest | J | T | | | | | |
| 16. Vanguard GNMA Fund | B | Interest | K | T | | | | | |
| 17. Dreyfus Mun. Bond Fund | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard GNMA (IRA) | B | Dividend | K | T | | | | | |
| 19. Chautauqua Cty NY Bond | A | Interest | | | Redeemed | 04/15/11 | K | | |
| 20. NYS Dorm. Auth. Bond | A | Interest | | | Redeemed | 01/19/11 | J | | |
| 21. Haverstraw Public Imp. Bond | A | Interest | | | Redeemed | 03/15/11 | J | | |
| 22. NYS Hsg Finance Agency Bond | A | Interest | K | T | | | | | |
| 23. NYS EnvFacs Corp Bond | B | Interest | K | T | | | | | |
| 24. Cohoes NY GOB | A | Interest | K | T | | | | | |
| 25. NYS Env Facs Corp | A | Interest | K | T | | | | | |
| 26. Schenectady School Bond | A | Interest | | | Redeemed | 06/15/11 | J | | |
| 27. NY Env Facs Corp | B | Interest | K | T | | | | | |
| 28. Fidelity Cap. Apprec. Fund (IRA) | A | Dividend | | | Merged (with line 11) | 01/18/11 | J | | |
| 29. Fidelity Large Cap Value Fund (IRA) | A | Dividend | | | Merged (with line 11) | 01/18/11 | J | | |
| 30. Fidelity Value Fund (IRA) | A | Dividend | | | Merged (with line 11) | 01/18/11 | J | | |
| 31. Citibank Market Rate Acct | A | Interest | J | T | | | | | |
| 32. NYS TWY Auth | B | Interest | K | T | | | | | |
| 33. Triboro B&T Auth | B | Interest | K | T | | | | | |
| 34. SuffolkCty Public Impr. Bond | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fid. Int'l Discovery Fund (IRA) | A | Dividend | | | Merged (with line 11) | 01/18/11 | J | | |
| 36. Illinois GOB | B | Interest | L | T | | | | | |
| 37. NYC GO-Ser-G Bond | A | Interest | J | T | | | | | |
| 38. LA CA USD-A Bond | B | Interest | K | T | | | | | |
| 39. Metropolitan W BE Bond | A | Interest | K | T | | | | | |
| 40. Vanguard Total Bond Mkt Index Fund | B | Dividend | N | T | Buy | 10/14/11 | N | | |
| 41. NYC GO Ser L Bond | B | Interest | L | T | Buy | 04/14/11 | L | | |
| 42. NYS Dorm Auth Bond | A | Interest | K | T | Buy | 04/21/11 | N | | |
| 43. NYS TWY Auth Bond | B | Interest | L | T | Buy | 08/05/11 | L | | |
| 44. NYC Mun Water Bond | A | Interest | K | T | Buy | 09/15/11 | K | | |
| 45. MTA NY Trans Bond | A | Interest | K | T | Buy | 10/17/11 | K | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon , Nina | 05/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Nina Gershon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544